UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN FRANCIS BYRNES,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVRON CORPORATION, et al.,<br><br>    Defendants. | Case No. 21-cv-02686-TSH<br><br>**ORDER GRANTING MOTION TO LIFT STAY**<br><br>Re: Dkt. No. 30 |

On July 9, 2021, the Court granted the parties' stipulation to stay this case pending resolution of administrative claims filed by Plaintiff Martin Byrnes with respect to the Chevron Corporation Retirement Plan and the Chevron Corporation Employee Savings Investment Plan. ECF No. 27. Byrnes now moves for an order lifting the stay, stating that the administrative claims have been exhausted. ECF No. 30. Pursuant to Civil Local Rule 7-3(a), any opposition to the motion was due March 21, 2024. As no opposition was filed, the Court considers the motion unopposed. Accordingly, the Court **GRANTS** the motion and **LIFTS** the stay in this case. The Court shall issue a further scheduling order after resolution of Plaintiff's motion to consolidate.

**IT IS SO ORDERED.**

Dated: March 22, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge