1  C. GRIFFITH TOWLE (SBN 146401)
       *gtowle@bartkopavia.com*
2  SCOTT GLASSMOYER (SBN 256291)
       *sglassmoyer@bartkopavia.com*
3  BARTKO PAVIA LLP
   1100 Sansome Street
4  San Francisco, California 94111
   Telephone: (415) 956-1900
5  Facsimile:  (415) 956-1152

6  DAVID F. CRUTCHER (SBN 135407)
       *david@crutcherlaw.com*
7  LAW OFFICE OF DAVID F. CRUTCHER
   851 Irwin Street, Suite 221
8  San Rafael, California 94901
   Telephone: (415) 419-5120
9  Facsimile:  (415) 419-5163

10 Attorneys for Plaintiffs
   JANE HOCKING, Executor of the Estate of
11 Martin Francis Byrnes

12                    UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14 JANE HOCKING, Executor, Estate of Martin     Case No. 3:21-cv-02686-TSH
   Francis Byrnes,
15                                              **ORDER GRANTING**
                Plaintiff,                      **STIPULATION OF DISMISSAL**
16        v.

17 CHEVRON CORPORATION; CHEVRON                 Judge:    The Hon. Thomas S. Hixson
   RETIREMENT PLAN; CHEVRON
18 EMPLOYEE SAVINGS INVESTMENT
   PLAN; INSIGHT WEALTH STRATEGIES,
19 LLC; FIDELITY MANAGEMENT TRUST
   COMPANY; and ANNE MINVIELLE,
20
                Defendants.
21

22 CHEVRON CORPORATION,

23             Cross-Complainant,

24        v.

25 ANNE MINVIELLE,

26             Cross-Defendant.

27

28

## ORDER

Having considered the Stipulation of Dismissal submitted by (1) JANE HOCKING, on behalf and as the Executor of the Estate of MARTIN FRANCIS BYRNES; (2) ANNE BROUSSARD MINVIELLE and LEON J. MINVIELLE III; (3) CHEVRON CORPORATION, CHEVRON CORPORATION RETIREMENT PLAN, CHEVRON EMPLOYEE SAVINGS INVESTMENT PLAN; and FIDELITY MANAGEMENT TRUST COMPANY; (4) INSIGHT WEALTH STRATEGIES, LLC; and (5) FIDELITY MANAGEMENT TRUST COMPANY, and good cause appearing therefor, the Court hereby GRANTS the Stipulation of Dismissal. The above-captioned action is DISMISSED WITH PREJUDICE pursuant to F.R.C.P. 41(a)(1). The parties shall each bear their own costs, expenses and fees incurred to date.

**IT IS SO ORDERED.**

DATED:  January 7, 2026

The Hon. Thomas S. Hixson

ORDER GRANTING STIPULATION OF DISMISSAL